# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145754 (6)(7)(11)(12)

CITIZENS FOR MORE MICHIGAN JOBS and
ROBERT J. CANNON,
            Plaintiffs-Appellants,

v

SECRETARY OF STATE, BOARD OF STATE
CANVASSERS, and DIRECTOR OF
ELECTIONS,
            Defendants-Appellees.

SC: 145754
COA: 312085

_____

On order of the Chief Justice, motions by Protect MI Constitution for leave to intervene and by William Birdseye and the Police Officers Association of Michigan for leave to file a brief *amicus curiae* and their respective motions for immediate consideration are considered and they are granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk